UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COVEY RUN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON CAPITAL, LLC, *et al.*,<br><br>    Defendants. | Case No. 1:15-cv-01997-CKK |

### Declaration of Iris Figueroa Rosario

I, Iris Figueroa Rosario, hereby state and declare as follows:

1. I am an attorney at the law firm of Gray Plant Mooty. I make this declaration based on personal knowledge and in support of Covey Run's opposition to the Amended Joint Motion to Dismiss filed by Defendants L. Gregory Loomar and L. Gregory Loomar, P.A. (collectively, the "Loomar Defendants").

2. The Loomar Defendants state in their motion that they and Karen Baas and Michael Blackwell filed on November 12, 2015 a complaint in Florida State Court alleging claims arising from the same fraudulent scheme advanced by Defendant Washington Capital, LLC that is at issue in this case. *L. Gregory Loomar P.A. et al v. Washington Capital LLC, et al*, Case no. CACE15020154 (Broward County, Fl., Nov. 12, 2015) (*See* ECF # 19-3.).

3. As of the date of this Memorandum, the Loomar Defendants have not served this complaint on Covey Run.

4. Attached as Exhibit 1 to this Declaration is a true and correct copy of Addendum A to the Letter of Commitment.

-2-

I certify under penalty of perjury that that the foregoing is true and correct.  Executed at Washington, D.C., this February 1, 2016.

_____
Iris Figueroa Rosario