# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF COLUMBIA

| | |
|---|---|
| COVEY RUN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Action No.: 1:15-CV-01997 CKK |
| v. ) | |
| ) | |
| WASHINGTON CAPITAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Comes now Dominic G. Vorv, Esq., Counsel for the Defendant's Washington Capital, Jemel M. Lyles & Steven Evans, and moves this Honorable Court for leave to Withdraw as Counsel for Defendant's Washington Capital, Jemel M. Lyles & Steven Evans, and as reasons therefor, states as follows:

1. That the undersigned Counsel has represented Defendnat's Washington Capital, Jemel M. Lyles & Steven Evans in this cause from its inception.

2. That Counsel has not seen, received a call nor had email contact with Defendant's Washington Capital, Jemel M. Lyles & Steven Evans since the January 12, 2016; that since that time, Counsel has attempted on numerous occasions, by telephone and email, to schedule an appointment to complete discovery, begin preparations for Trial, and to pursue settlement possibilities; that for some unknown reason, Defendant's Washington Capital, Jemel M. Lyles & Steven Evans ceased communications with Counsel for a period of time. After not hearing from Defendant's Washington Capital, Jemel M. Lyles & Steven Evans and not receiving return telephone calls, counsel wrote emails, reminding him of deadline and the need for immediate preparations for Trial; that they were also notified that unless Counsel heard from him soon,

there would be no alternative but to file a Motion to Withdraw from this case.  That since that time, Counsel has not heard from Defendant's Washington Capital, Jemel M. Lyles & Steven Evans.

   3. That under the circumstances, Counsel cannot discharge his responsibilities as counsel for Defendant's Washington Capital, Jemel M. Lyles & Steven Evans, and has been precluded from providing effective assistance of Counsel in this matter.  Therefore, Counsel has no other alternative but to request leave of the Court to Withdraw.

   4. As a result the representations herein, Counsel can be of no further assistance as Counsel for the Defendant's Washington Capital, Jemel M. Lyles & Steven Evans.

   5. This Counsel has informed Defendant's Washington Capital, Jemel M. Lyles & Steven Evans by emailand First Class Mail advising them to obtain other Counsel or if they intend to represent tthemselves or to object to the Withdrawal, to so notify the Clerk of this Court in writing within ten days of service of the Motion upon him.

   6. Counsel contacted Counsel for Covey Run, Iris Figerroa Rosario, Esq., via email on August 15, 2016, for Consent to Withdraw but as of the filing of said Motion Counsel Rosario has not yet responded.

   7. Counsel contacted Scott Levine, Esq. Counsel For Gregory Loomar via email on August 15, 2016, for Consent to Withdraw and Counsel Scottt Levine, Esq. does Consent that Counsel Withdraw.

   WHEREFORE, Counsel respectfully requests leave to Withdraw. as Counsel for Defendant's Washington Capital, Jemel M. Lyles & Steven Evans.

Dated: August 21, 2016,                             RESPECTFULLY SUBMITTED,

                                                                    THE VORV FIRM, P.L.L.C.

                                                                      <u>Dominic G. Vorv       /S/</u>
                                                                      Dominic G. Vorv, Esq.  #470139
                                                                      601 Pennsylvania Avenue
                                                                      South Tower - Suite 900
                                                                      Washington, D.C.  20004
                                                                      202-466-8822
                                                                      202-318-0534 fx

                                            Attorney for Defendant's Washington Capital, LLC, Jemel Lyles, Sr., and Steve Evans

# CERTIFICATE REGARDING DISCOVERY

     I, hereby certify that a copy of Defendant's Washington Capital, LLC, Jemel Lyles, Sr., and Steve Evans Counter-Complaint to Plaintiff's Complaint was served via Court Electronic Mail this 21st day of August 2016, upon:

                Isis Figueroa Rosario, Esq.
                Gray, Plant, Mooty, Mooty & Bennett, PA
                The Watergate – Suite 700
                600 New Hampshire Avenue, NW
                Washington, DC  20037

                Scott Levine, Esq
                1655 Nother Commerce Parkway, Suite 202
                Weston, FL  33326

                                    <u>Dominic G. Vorv       /S/</u>
                                    Dominic G. Vorv, Esq.

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF COLUMBIA

| | |
|---|---|
| COVEY RUN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Action No.: 1:15-CV-01997 CKK |
| v. ) | |
| ) | |
| WASHINGTON CAPITAL, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## POINTS AND AUTHORITIES

1. Rule 101(C) (2), Superior Court Rules.

2. The pleadings herein

## CERTIFICATE UNDER RULE 101

I certify that I mailed First Class Mail to Washington Capital, LLC, Jemel Lyles, Sr., and Steve Evans, a copy of the Motion and a notice advising him to obtain other counsel, or, if they intend to represent themselves or object to the withdrawal, to so notify the Clerk of the Court in writing within ten days of service of the Motion upon them.

Dated: August 21, 2016,    RESPECTFULLY SUBMITTED,

THE VORV FIRM, P.L.L.C.

Dominic G. Vorv     /S/
Dominic G. Vorv, Esq.  #470139
601 Pennsylvania Avenue
South Tower - Suite 900
Washington, D.C.  20004
202-466-8822
202-318-0534 fx

## CERTIFICATE REGARDING DISCOVERY

I, hereby certify that a copy of Defendant's Motion To Withdraw was served via Court Electronic Mail this 21st day of August 2016, upon:

> Isis Figueroa Rosario, Esq.
> Gray, Plant, Mooty, Mooty & Bennett, PA
> The Watergate – Suite 700
> 600 New Hampshire Avenue, NW
> Washington, DC  20037
>
> Scott Levine, Esq
> 1655 Nother Commerce Parkway, Suite 202
> Weston, FL  33326

<u>Dominic G. Vorv       /S/</u>
Dominic G. Vorv, Esq.

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COVEY RUN, LLC, | ) |
| Plaintiff, | ) |
|  | ) Case Action No.: 1:15-CV-01997 CKK |
| v. | ) |
|  | ) |
| WASHINGTON CAPITAL, LLC, et al., | ) |
|  | ) |
| Defendants. | ) |

O R D E R

This cause came on before the Court on the Motion filed by Dominic G. Vorv, Esq., for leave to Withdraw as Counsel, it is by the Court this _____ day of _____, 2016,

ORDERED, that the Motion be and the same is hereby granted and Dominic G. Vorv Esq., is hereby granted leave to withdraw as Counsel for Defendants Washington Capital, LLC, Jemel Lyles, Sr., and Steve Evans.

_____
Honorable Judge

Cc:
    Dominic G. Vorv, Esq.
    601 Pennsylvania Avenue
    South Tower - Suite 900
    Washington, D.C.  20004

    Isis Figueroa Rosario, Esq.
    Gray, Plant, Mooty, Mooty & Bennett, PA
    The Watergate – Suite 700
    600 New Hampshire Avenue, NW
    Washington, DC  20037

Scott Levine, Esq
1655 Nother Commerce Parkway, Suite 202
Weston, FL  33326